**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SANDRA WARREN,

                Plaintiff;

     v.

KELLY SERVICES, INC.,

                Defendant.

Case No.:

Removed from the Circuit Court of Lake County Illinois, Case No. 18L 00000800

## <u>NOTICE OF REMOVAL</u>

Defendant KELLY SERVICES, INC. ("KSI"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal with respect to Case No. 18L 00000800, which has been filed in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois. In support of this Notice, KSI states:

1.      On or about October 12, 2018, Plaintiff Sandra Warren ("Plaintiff") commenced a civil action against KSI in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois (Case No. 18L 00000800). On October 17, 2018, KSI was served with a summons and a copy of the Complaint. Copies of the summons and Complaint are attached at Exhibit A.

2.      In her Complaint, Plaintiff seeks damages in the amount of $1,000,000 from Kelly Services for "workplace discrimination." (*See* Exhibit A, at Complaint)

3.      Title 28, Section 1332 provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States . . ." 28 U.S.C. § 1332(a)(1).

4.      Complete diversity exists between the parties.

5.      Plaintiff lists her address as 33720 N. Royal Oak Lane, Grayslake, IL, 60030. (*See* Exhibit A, at Complaint).  Plaintiff is therefore a citizen of the State of Illinois.  (*Id*.).

6.      KSI is not a citizen of Illinois.  As a corporation, KSI is deemed a citizen of its state of incorporation and the state of its principal place of business.  *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 92-93, 130 S. Ct. 1181, 1192 (2010).  KSI is a Delaware corporation with its principal place of business at 999 West Big Beaver Road, Troy, MI 48084.  (Declaration of Debbie Polley, ¶ 3 (attached at Exhibit B)).  As such, KSI is a citizen of the States of Delaware and Michigan, and the parties are thus completely diverse.  Therefore, the "citizenship" component of the removal analysis is satisfied.

7.      The amount in controversy requirement is also satisfied.  While KSI denies any liability for Plaintiff's claims, according to the Complaint, Plaintiff seeks $1,000,000 in damages. (*See* Exhibit A, at Complaint)  Thus, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

8.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).  Because this action was brought in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, venue for purposes of removal is proper in this Court.  Pursuant to 28 U.S.C. § 93(a)(1), this District and this Division embrace Lake County, Illinois, the place where this removed action has been pending.

9.      The summons and Complaint were served on KSI on October 17, 2018.  The Notice of Removal is filed with this Court within 30 days after receipt by KSI and thus is timely under 28 U.S.C. § 1446(b).

10.     Because diversity of citizenship exists under 28 U.S.C. § 1332(a)(1) and the amount in controversy exceeds $75,000, as required by 28 U.S.C. § 1332(a), this action is within the original jurisdiction of this Court and is subject to removal under 28 U.S.C. § 1441(a).

11.     Prompt written notice of this Notice of Removal is being sent to Plaintiff and to the Clerk of Court for the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, as required by 28 U.S.C. § 1446(d).  A copy of that notice is attached at Exhibit C.

WHEREFORE, Defendant KELLY SERVICES, INC. states that this action is properly removable and respectfully notifies this Court, Plaintiff, and the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, that this action has been removed to the United States District Court, Northern District of Illinois.  KELLY SERVICES, INC. further requests that this Court accept this Notice of Removal and assume jurisdiction over this matter for all further proceedings.

DATED: November 16, 2018                    Respectfully submitted,

                                            KELLY SERVICES, INC.

                                            By: *s/ Peter J. Wozniak*_____
                                                One Of Its Attorneys

Peter J. Wozniak
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Tel:   (312) 460-5000
Fax:   (312) 460-7000
pwozniak@seyfarth.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that on November 16, 2018, he caused the

foregoing **NOTICE OF REMOVAL** to be filed with the Clerk of the Court via the Court's electronic

case filing/ecf system, and has served a true and correct copy of the same upon the Plaintiff via

US mail:

       Sandra Warren
       33720 N. Royal Oak Lane, #103
       Grayslake, IL 60030

*s/ Peter J. Wozniak*