# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Sandra Warren
_____
_____
_____
_____
_____ Plaintiff(s)

vs.

Kelly Services
_____   Case No: 18 L 800
25212 W IL Route 120
Round Lake, Il 60073
_____
_____ Defendant(s)

SUMMONS

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

171-138 Rev 07/18

This summons may not be served later than 30 days after its date.

10/12/2018
WITNESS _____

*Erin Cartwright Weinstein*

ERIN CARTWRIGHT WEINSTEIN,
Clerk of Court                MB

Prepared by:
Name: Sandra Warren  Pro Se
Address: 33720 N. Royal Oak Lane #103
City: Grayslake  State: IL
Phone: 224-221-5278  Zip Code: 60030
ARDC #: _____
Fax: _____
E-mail address: _____

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiff's attorney's facsimile machine is additionally required.)

Date of Service _____, 20____ (to be inserted by officer on copy left with defendant or other person).

171-138 Rev 07/18

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

FILED
10/11/2018 3:29 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

Sandra Warren
Plaintiff(s)

vs.

Kelly Services
Defendant(s)

18L 00000800

Gen No: _____

Complaint
~~MOTION~~

Now comes Plaintiff, Sandra Warren by [his] [her] attorney, _____, And for her complaint against defendant Kelly Services as follows

I am seeking damages from Kelly Services in the amount of $1,000,000, for Workplace Discrimination.

Wherefore, Plaintiff prays for judgement in her favor against Defendant in the sum of $1,000,000, plus costs of suit. Plaintiff demands trial by jury.

Prepared by:
Name: Sandra Warren       Pro Se ☑
Address: 33720 N. Royal Oak Lane
City: Grayslake    State: IL
Phone: 224-221-5278   Zip Code: 60030
ARDC #: _____
E-mail address: _____

NOTICE
PURSUANT TO LCR - 2-2.14
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE
IN COURTROOM C305 ON 1/29/19 AT 9 A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR
AN ORDER OF DEFAULT BEING ENTERED.

#171-236 (Rev 06/18)

FILED
10/11/2018 3:29 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Sandra Warren )
_____ )
Plaintiff(s) )
vs. )
)
Kelly Services )
_____ )
Defendant(s) )

Gen No: 18L 00000800 _____

AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100 Dollars ($50,000).

By

_Sandra Warren_____
Attorneys for Plaintiff

Prepared by:
Name: Sandra Warren ___ Pro Se ☒
Address: 33720 N. Royal Oak Lane #103
City: Grayslake  State: IL
Phone: 224-221-5278  Zip Code: 60030
ARDC #: _____
Fax: _____
E-mail address: _____

#171-312 (Rev 12/17)

FILED
10/11/2018 3:29 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

**Sandra Warren**

vs.

**Kelly Services**

18L 00000800

Gen No. _____

## CERTIFICATE OF ATTORNEY – CIVIL DIVISION

1) Pursuant to Local Rule 2-2.01(c), I hereby certify that:

   [✓] There has been no previous Voluntary or Involuntary Dismissal of the subject matter of this litigation.

   [✓] There is no other litigation presently pending in the county involving these parties.

   [ ] There has been a previous Voluntary or Involuntary Dismissal of the subject matter of this litigation and at the time of dismissal that Case No. _____ was assigned to the
   Honorable _____

   [ ] There is other litigation presently pending in the county involving the parties to or subject matter to this lawsuit and that case(s) is/are assigned Case No.(s) _____ which is/are assigned to the
   Honorable _____

2) Are you seeking any injunctive relief?

   [ ] Yes - Select the appropriate case subtype under the Chancery-CH heading below.
   [✓] No - Select the appropriate non-Chancery case subtype below.

This data is being gathered for administrative purposes and will not be used for any other purpose.

**Arbitration – AR**
- [✓] Arbitration/Tort  *S.W.*
- [ ] Arbitration/Contract
- [ ] Foreign Judgment
- [ ] Other subtype _____

**Chancery – CH**
- [ ] Residential Mortgage Foreclosure
- [ ] Residential Mortgage Foreclosure w/Mechanics Lien
- [ ] Non-Residential Mortgage Foreclosure
- [ ] Injunction
- [ ] Specific Performance
- [ ] Mechanics Lien Foreclosure
- [ ] Complaint for Rescission
- [ ] Partition
- [ ] Quiet Title
- [ ] Class Action
- [ ] Structured Settlement
- [ ] Foreign Judgment
- [ ] Other subtype _____

**Eminent Domain – ED**
- [ ] Eminent Domain
- [ ] Condemnation
- [ ] Other subtype _____

**Law Magistrate – LM**
- [ ] Eviction
- [ ] Eviction as result of mortgage foreclosure
- [ ] Replevin
- [ ] Detinue
- [ ] Distress for Rent
- [ ] Foreign Judgment
- [ ] Confirm Arbitrator's Award
- [ ] Confession of Judgment
- [ ] Other subtype _____

**Law – L**
- [✓] Tort
- [ ] Contract
- [ ] Product Liability
- [ ] Medical Malpractice
- [ ] Legal Malpractice
- [ ] Forcible Entry and Detainer
- [ ] Replevin
- [ ] Accounting Malpractice
- [ ] Foreign Judgment
- [ ] Confirm Arbitrator's Award
- [ ] Other subtype _____

**Municipal Corporation – MC**
- [ ] Annexation
- [ ] Disconnection
- [ ] Other subtype _____

**Miscellaneous Remedy – MR**
- [ ] Declaratory Judgment
- [ ] Corporation Dissolution
- [ ] Election Contest
- [ ] Mandamus
- [ ] Habeas Corpus
- [ ] Review of Administrative Proceeding/Statutory
- [ ] Review of Administrative Proceeding/Certiorari
- [ ] Quo Warranto
- [ ] Change of Name
- [ ] Forfeiture
- [ ] Fugitive from Justice
- [ ] Search Warrant
- [ ] Application for Eavesdropping Device
- [ ] Foreign Judgment
- [ ] Non-Attendance of Jurors
- [ ] Miscellaneous
- [ ] Other subtype _____

**Tax – TD**
- [ ] Deeds
- [ ] Other subtype _____

**Probate – P**
- [ ] Decedent/Testate > $15,000
- [ ] Decedent/Intestate > $15,000
- [ ] Decedent/Testate $15,000 or less
- [ ] Decedent/Intestate $15,000 or less
- [ ] Guardianship of Person/Disabled Person
- [ ] Guardianship of Estate/Disabled Person
- [ ] Guardianship of a Person and Estate/Disabled Person
- [ ] Guardianship of Person/Minor
- [ ] Guardianship of Estate/Minor
- [ ] Guardianship of Person and Estate/Minor
- [ ] Proof of Heirship Alone
- [ ] Foreign Judgment
- [ ] Other subtype _____

**Tax – TX**
- [ ] Objections
- [ ] Disposition of Collections of Judgment of Settlement
- [ ] Sale in Error
- [ ] Other subtype _____

Print Name **Sandra Warren**

Signature *Sandra Warren*

[ ] Attorney  [✓] Self-Represented Litigant

171-366 (Rev 7/18)